Peter J. Ferguson,  State Bar No. 108297
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
PHONE (714) 953-5300
FAX (714) 953-1143
email: Peterferg@aol.com

Attorneys for Defendants City of El Monte, El Monte Police Department, Officer
James Singleterry and Officer Ron Danison

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD RODRIGUEZ, | ) ) ) | Case No. CV 10-4589 VBF (PLAx) |
| Plaintiff, | ) ) ) | **PROTECTIVE ORDER** |
| vs. | ) ) | |
| CITY OF EL MONTE, EL MONTE POLICE DEPARTMENT, OFFICER GEORGE FIERRO (#492), OFFICER JAMES SINGLETERRY (#620), OFFICER RON DANISON (#620), AND DOES 1 through 50, inclusive, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1

**Protective Order:**

1.      All investigative and personnel files from the El Monte Police Department are privileged and confidential and are subject to this stipulation and order;

2.      That the documents disclosed as identified above and delivered to Plaintiff's counsel of record by the Defendants **are** confidential and privileged.

3.      Plaintiff's counsel shall be responsible for insuring that the terms of this order are complied with as follows:

(a)      Such documents and information contained therein will be treated by Plaintiffs and their representatives as confidential, and will not be used for any purpose beyond that of the above-referenced litigation;

(b)      Such documents and information contained therein is disclosable to the Plaintiff's representatives, including attorneys and experts, as is necessary for purposes of the above-referenced litigation and for no other use; and

(c)      Upon final conclusion of the above-referenced litigation, all designated confidential materials will be returned to Defendants.

4.      That upon final disposition of this case Plaintiff's counsel shall promptly, without request or further order of the court, return all discovered documents and photocopies and/or reproduction of those discovered documents to the attorney of record for Defendants.

The terms of this stipulation and order shall not per se affect the admissibility of any evidence one way or another.

DATED: October 12, 2010

_____
Honorable Paul L. Abrams
United States Magistrate Judge